UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Patrick Ryan Grande, | Civ. No. 24-28 (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| State of MN, Saint Peter Regional Treatment Center, and State of MN Dept. of Health and Human Services, | |
| Defendants. | |

---

United States Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") on March 8, 2024. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 8, 2024 Report and Recommendation (Doc. No. 5) is **ACCEPTED**;

2. Plaintiff Patrick Ryan Grande's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 1, 2024                           *s/ Jerry W. Blackwell*
                                                              JERRY W. BLACKWELL
                                                              United States District Judge